IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:06-cr-00319-KOB-JEO |
| | ) | |
| CHARLES P. FARRIS, JR. | ) | |

**MEMORANDUM OPINION**

This matter is before the court on the defendant's motion for leave to file an out-of-time appeal. (Doc. 28). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 33) and the defendant's letter response (doc. 34) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for an out-of-time appeal is due to be denied. An appropriate order will be entered.

The Clerk of the Court is **DIRECTED** to serve a copy of this memorandum opinion upon counsel of record and upon the defendant at the Jefferson County Jail, 809 North Richard Arrington, Jr. Boulevard, Birmingham, Alabama 35203.

**DONE**, this 28th day of February, 2008.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE